<div align="center">

**COHEN, FRANKEL & RUGGIERO, LLP**

ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

</div>

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

September 24, 2015

**VIA ECF**
The Honorable Gregory H. Woods
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007-1312

<div align="center">

Re:     United States v. Nestor Velez
        S1 14 Cr. 443 (GHW)

</div>

Dear Judge Woods:

Nestor Velez, the defendant in this matter, is scheduled to be sentenced before Your Honor on October 8, 2015, at 4:00 P.M. This sentencing memorandum is respectfully submitted to set forth the grounds for Mr. Velez's requests to be made when he appears before Your Honor. For the reasons set forth herein, Mr. Velez will respectfully request that Your Honor grant a significant variance from the range of imprisonment recommended by the United States Sentencing Guidelines ("U.S.S.G." or "Guidelines") and sentence him to a period of time served followed by a period of supervised release with the special conditions that Mr. Velez ████ ████████████████████████████ and receive educational and vocational training. Mr. Velez will also respectfully request that Your Honor not impose a fine.

**I.      CONDUCT AT BAR**

It is respectfully submitted that Nestor Velez has meaningfully accepted responsibility for conspiring to engage in low-quantity heroin transactions between December 2013 and October 2014.

Originally, Mr. Velez was charged with violating 21 U.S.C. Section 841(b)(1)(A), carrying a ten-year mandatory minimum sentence of incarceration for the possession with intent to distribute one kilogram or more of heroin. However, the Government concluded that Mr.

The Honorable Gregory H. Woods
September 24, 2015
Page 2 of 7

Velez is a low-level offender who qualified for the charging instructions to federal prosecutors in the August 12, 2013, memorandum authored by the United States Attorney General Eric Holder ("Holder Memo"). Pursuant to a plea agreement offered by the Government, Mr. Velez pleaded guilty to violating 21 U.S.C. Section 841(b)(1)(C), a lesser-included offense under Count 1 of the information which carries no mandatory minimum sentence and a maximum period of incarceration of 20 years. The Government and defense stipulated that Mr. Velez was responsible for distributing between 100 and 400 grams of heroin. Mr. Velez allocuted that in or about December 2013, up to and including in or about October 2014, he made an agreement with others to distribute and possess with intent to distribute mixtures and substances containing a detectable amount of heroin in violation of 21 U.S.C. Sections 812, 841(b)(1)(C) and 846.

Specifically, Mr. Velez sold 9.5 grams of heroin to an informant, , on September 17, 2014, and 1 gram of heroin to the same informant on September 29, 2014. Both sales took place in Mr. Velez's apartment in the Bronx. Thereafter, on October 1, 2014, agents of the United States Drug Enforcement Agency ("DEA") executed a search warrant in Mr. Velez's apartment and recovered approximately 80 grams of heroin and approximately 20 grams of cocaine.

## II.    UNITED STATES SENTENCING GUIDELINES ANALYSIS

The defense and the Government are in agreement with the Guidelines calculation as set forth in the United States Department of Probation's ("Probation") Presentence Report ("P.S.R."). At the time of Mr. Velez's guilty plea on July 6, 2015, the November 1, 2014, Guidelines were in effect. Thus, the parties stipulated that the base level for an offense involving between 100 and 400 grams of heroin was 24.

It is respectfully submitted that Mr. Velez accepted responsibility for his conduct in a timely manner, which warrants a three-level reduction in the offense level, pursuant to U.S.S.G. §§ 3E1.1(a) and (b). Accordingly, Mr. Velez's total offense level under the current Guidelines is 21.

Mr. Velez has been convicted of criminal conduct twice in his life. The parties agree that he is in Criminal History Category I because of a Driving While Intoxicated offense that results in the assignment of one Criminal History point. Based on his total offense level and criminal history category, the Guidelines recommend a range of imprisonment of 37 to 46 months of incarceration and a fine range of $7,500.00 to 1 million dollars.

## III.   REQUEST FOR A NON-GUIDELINE SENTENCE

Nestor Velez, now 51 years old, was born in Guayaquil, Ecuador. He has never before been incarcerated. His father, who passed away in Ecuador during the pendency of this case, was a pharmacist and his mother is a retired factory worker. His parents were never married. He lived with his parents until he was six, when his father left the family home due to excessive alcoholism. From the time he was ten, Mr. Velez lived with his maternal grandmother while his

The Honorable Gregory H. Woods
September 24, 2015
Page 3 of 7

mother lived and worked in the United States. Mr. Velez's mother returned to Ecuador and brought Mr. Velez to the United States when he was fourteen. He has lived in the Bronx ever since. Mr. Velez attended James Monroe High School, Bronx, New York, but left in the eleventh grade, unfortunately, because of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Mr. Velez became a United States citizen in 2002.

Mr. Velez has two children. His oldest, Amanda Maseir, age 21, is a bartender and restaurant hostess. Mr. Velez supported her financially through child support until she was legally emancipated. Even after she reached the age of majority, Mr. Velez financially assisted Amanda until the date of his arrest. Sadly, Amanda's mother, Ruth Mirian Maseira, was murdered in 2014. Since then, Amanda resided with Mr. Velez, until his incarceration in this case. Mr. Velez's youngest child, age 16, lives with his mother, Narcisa Janneth, and her boyfriend in Queens, New York. Mr. Velez has provided for his minor son through monthly support payments. Ms. Janneth wrote a letter to Your Honor that is enclosed herein. In her letter, Ms. Janneth observed that Mr. Velez "was a good husband, father, stepfather, brother, son and friend." She continued that even after they separated, Mr. Velez still saw his child regularly. Mr. Janneth acknowledged that Mr. Velez provided for his minor son and her own child, always making sure that they were never wanting for anything.

Pursuant to the statutory factors contained in 18 U.S.C. Section 3553(a), Mr. Velez will respectfully request that Your Honor impose a sentence of a period of time served followed by a period of supervised release with the special conditions that he ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ and receive educational and vocational training. 18 U.S.C. Section 3553(a) requires Your Honor to consider, *inter alia*, the offense, the nature and characteristics of the defendant, the need to provide adequate general and specific deterrence, as well as to provide the defendant with needed educational or vocational training. The sentence imposed should reflect the seriousness of the offense, promote respect for the law, provide just punishment for the offense and afford adequate deterrence to criminal conduct.

Unfortunately, Mr. Velez has struggled ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮. During the months he was on pretrial release in the case at bar, with the help of the United States Pretrial Services Agency ("Pretrial Services Agency"), Mr. Velez ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Furthermore, Mr. Velez fully complied with his Pretrial Release conditions while under the supervision of the Pretrial Services Agency (*see* paragraph seven in the P.S.R.).

Mr. Velez recognizes that he ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. His ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ current and past legal problems. Mr. Velez was convicted in 2008 for driving while intoxicated. Additionally, as Mr. Velez has repeatedly admitted, he made a series of sales of small amounts of heroin from his apartment in order to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ However, after his arrest on October 1, 2014, Mr. Velez, with the help of ▮▮▮▮▮▮▮▮▮ and pretrial supervision, completely ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ It is beyond peradventure that Mr. Velez's ▮▮▮▮▮ was a rousing, extraordinary success. For the first time ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ before he was remanded on July 6, 2015, at the time of his guilty plea. As the enclosed documents

The Honorable Gregory H. Woods
September 24, 2015
Page 4 of 7

reflect, on May 1, 2015, he was awarded ███████████████████████████████
███████████████████████████████ His ███████████████████ for that date reiterates his
███████████████ and adds that he ███████████████████████████████

    Mr. Velez's ████████, a laudable achievement in itself, is extraordinary based on ████████
██████████████████████████████████████████████████████████████ Blanca
Gloria Cortez, Mr. Velez's mother, explained in her enclosed letter that every attempt Mr. Velez
██████████████████████████████████████████████████████████████ She
continued that he "now understands that" he "doesn't need to do it alone" and that he looks
forward to ████████████████ In addition to his ████████████████████, at
the time of his guilty plea, Mr. Velez had recently began attending
██████████████████████████████████, on the advice and encouragement of his
Pretrial Services Officer, Ms. Lisa Chan.  It should also be noted that when Mr. Velez ████████
████████████████████████████████████████████████████████████ to
ensure his efforts would be successful.

    Admirably, while on the ████████████████ , Mr. Velez was well-regarded among his
████████████████ Mr. Velez's ████████████████████ twice
wrote to support him, calling him "well respected and supportive to the new comers," "
████████████████" and stating further that he has "developed a positive social network that
includes ████████████████████████████████████████ wrote that Mr.
Velez was "highly motivated" and that he "consistently participate[d] in groups and supports his
peers."  Furthermore, she added that Mr. Velez was awarded the ████████████████ award,
before imploring Your Honor to "[p]lease consider placing Mr. Velez in the Alternatives to
Incarceration Program."  A former ████████████████████, noted in his enclosed letter that
Mr. Velez "participate[d] in every group discussion."  It is respectfully submitted that Mr.
Velez's support for ████████████████ demonstrates that he has a heartfelt interest in bettering
his community by helping others and that such positive characteristics should be considered
when deciding the type and length of Mr. Velez's sentence.  Completion of ████████████
████████ along with his earnest desire to ████████████████ is proof that Mr. Velez was on ██
████████ before his incarceration.  It is respectfully submitted that the 18 U.S.C. § 3553
factor of specific deterrence is better satisfied by keeping Mr. Velez ████████
████████, addressing normal day to day events that he will undoubtedly face when he is out
of custody, and not by incarceration.  Moreover, it is respectfully submitted that recidivism will
not be a concern for Mr. Velez as long as he continues to get ████████████████ When
sentencing Mr. Velez, Your Honor is urged to consider that Mr. Velez has thrived under his
██████████████████████████████████████████, militating in favor of a
sentence of time served and mandatory treatment.

    Mr. Velez was originally jailed upon his guilty plea at the Metropolitan Correctional
Center ("MCC").  He attempted to make the most of the MCC's limited offerings by attending

The Honorable Gregory H. Woods
September 24, 2015
Page 5 of 7

meetings of Getting Out By Going In, an inmate support group, as well as taking GED classes. However, upon information and belief, there are █████████ or GED programs offered at the MCC or the Metropolitan Detention Center ("MDC"), where Mr. Velez is currently held, comparable to that which Mr. Velez was ████████ to his court-ordered detention. Even if the federal prison system could make adequate provision for the ██████████████
████████████, it is more desirable that Mr. Velez's
█████████████████ where he can face the everyday issues he is
likely to be confronted with when he is not incarcerated.

Despite ████████, Mr. Velez has demonstrated an admirable capacity to maintain lawful employment for more than thirty years (*see* page 11 of the P.S.R.). At the time of his arrest until his incarceration, he was employed by Lupe's Beauty Salon, located at 1804 Westchester Avenue, Bronx, New York. Mr. Velez's employer, Guadalupe Gonzalez, wrote in her enclosed letter that Mr. Velez "is a responsible, reliable and hardworking person" who "is extremely conscientious in whatever he undertakes to do." It is respectfully submitted that if Mr. Velez ████ he will have no problem maintaining lawful employment. In light of this, it is respectfully submitted that a sentence of incarceration within the Guidelines range is not necessary to specifically deter Mr. Velez and it would arguably undo the good Mr. Velez has achieved in securing and excelling at his ████████ and job. Moreover, while on supervised release, Probation can assist him to obtain his GED and obtain vocational training that would likely assist Mr. Velez in obtaining more skilled, higher paying employment.

In considering Mr. Velez's personal history with regard to other 18 U.S.C. Section 3553(a) factors, the defense urges Your Honor to consider that the Government has deemed Mr. Velez a low-level narcotics offender worthy of Holder Memo treatment, allowing him to plead to a lesser-included offense. In addition, the defense urges Your Honor to join in the conclusion of the parties that Mr. Velez's relevant conduct does not involve the use of violence, the credible threat of violence, the possession of a weapon, the trafficking of drugs to or with minors, or the death or serious bodily injury of any person; that Mr. Velez was not an organizer, leader, manager or supervisor of others within a criminal organization; and that Mr. Velez does not have significant ties to large-scale drug trafficking organizations, gangs, or cartels. Mr. Velez's drug dealing was limited and unsophisticated. He purchased his heroin from a neighbor and resold it to his █████████████████████████████████████████████████
██████

It is respectfully submitted that Mr. Velez's criminal activity was based on the need to ████████████████ Regrettably, Mr. Velez turned to drug dealing to turn his small profit ██████████████ It was never Mr. Velez's intention to make drug dealing the work of his life. Moreover, Mr. Velez readily acknowledges the grave mistake he made by trying to earn income through the illegal activity at bar. Mr. Velez wrote, in a letter enclosed, that he was "given the opportunity to keep" ████████ which clouded his judgment. Also, he stated that he feels "great pain and great sadness" because his actions have not only negatively affected him but they also hurt his family. Furthermore, Mr. Velez vowed to ████ ████████████████, "seek honest work" and ██████████████████

The Honorable Gregory H. Woods
September 24, 2015
Page 6 of 7

███████  The defense respectfully submits that Mr. Velez is committed to a positive way of life. He has repeatedly indicated that he is resolved to inspire his family by taking positive steps to put ███████████████████ and his criminal behavior behind him. This could be accomplished by sentencing Mr. Velez to time served and simultaneously assisting him by imposing a strict order of ███████████████████████ and by providing him with vocational and educational training.

Many of Mr. Velez's family members and close friends wrote letters in support of him. His mother observed that Mr. Velez routinely picked up her prescriptions and took her to and from appointments before his incarceration. Mr. Velez's brother, Jorge Cortez, explained that his brother is a great family man, loved by everyone, including Mr. Cortez's three sons. Mr. Velez's daughter, Amanda Maceira, wrote that she "wouldn't know how to deal with losing" her "father to a lengthy sentence" after recently losing her mother to murder.

In light of the above, it is respectfully submitted that the goals and objectives of 18 U.S.C. Section 3553(a), most importantly that of sufficiently deterring and rehabilitating Mr. Velez, would be met by sentencing him to a period of time served followed by a period of supervised release with the special conditions that Mr. Velez ████████████████████ ██████████████ and receive educational and vocational training. In the alternative, if Your Honor believes a lengthier prison term is necessary, the defense respectfully requests an order that diverts Mr. Velez into ████████████████████████████████████████ ████████ during his incarceration. Another possibility would be to confine Mr. Velez to his home to permit him to receive the ██████████████████████████ and vocational needs.

It is respectfully submitted that Mr. Velez exemplifies the type of candidate that could continue to benefit from ███████████ power of the criminal justice system. Despite decades of ███████████, Mr. Velez ████████████████████████ to his incarceration. Additionally, he has ██████████████████ and he even provided support for peers who were at similar crossroads in their own lives. It is respectfully submitted that further incarceration at this juncture would hurt Mr. Velez's family and community, and ████████ ████████████. It is respectfully submitted that to continue to separate Mr. Velez from those people who support him toward self-improvement even as they themselves benefit from his experience and commitment would be against the public interest. It is respectfully submitted that the support from Mr. Velez's family and friends for his cause has been pronounced, thus demonstrating their belief in his positive attributes as well as his ability to live a positive life. The enclosed letters reflect the affection of Mr. Velez's loved ones and their commitment to helping him maintain ██████ law-abiding life. It is also respectfully submitted that Mr. Velez is a man with both the demonstrable ability and the desire to have a productive, law-abiding role in society if he is given the opportunity.

IV.   CONCLUSION

In consideration of the foregoing, it is respectfully requested that Your Honor impose a sentence of a period of time served followed by a period of supervised release with the special

The Honorable Gregory H. Woods
September 24, 2015
Page 7 of 7

conditions that Mr. Velez ████████████████████████████ and receive
educational and vocational training.


Respectfully submitted,

Mark I. Cohen

MIC/ajl
Enclosures
cc:     A.U.S.A. Jared Lenow (Via ECF and Hand Delivery)
        Mr. Nestor Velez (Via Legal Mail)

The Honorable Gregory H. Woods:

I want to thank you for reading this letter. I also apologize to you and to the court. I know I have done wrong things, and I cannot blame anyone else but myself. I'm disappointed in myself and embarrassed to be in this situation.

I got involved because I was not thinking clearly ███████████████████████████. All my life, I learned to distinguish between good and evil, but this time I chose the wrong way. The time I have spent at M.C.C. and M.D.C has opened my eyes. It hurts so much that I had to get to this point to change my life.

I feel great pain and great sadness because I know that my actions have hurt others. I have 2 children, Amanda and Jeanpiero Velez, 21 and 17, who are everything to me, and who are now suffering from this situation. My mother is 72 and is very sick. All of this has been very difficult for her and caused her much pain. Because of this situation, I could not go to the funeral of my father in Ecuador, and that broke my heart. The mother of my daughter Amanda died in December, and my daughter is living with me. I'm all she has, and I disappointed her. I let my whole family down. This has made me see all the bad things I have done.

Again I want to ask forgiveness for what all I've done. ███████████████████████ I'm very sorry for that. I am participating in Church and searching my heart to change my life, and I know God will help me make those changes. When I finally get to go home, I will seek honest work and I ████████████████████████ I will also seek help for my addiction. I ask you to please have mercy on me so that I can be with my family and fix everything. I hope I will never be in this situation again, and I will avoid any problems in the future. I'm going to focus on my family, and I will do everything possible to be a good and honest man in society. This I can assure you.

Thank you so much,

Nestor Velez

# Mark Cohen

**From:** VELEZ NESTER E (71531054)

**Sent Date:** Thursday, September 17, 2015 6:52 PM

**To:** sacalo@aol.com

**Subject:** Carta Para el Juez

Al Honorable Gregory H. Woods:

Quiero agradecerle por leer esta carta. Tambien le pido perdon a usted y a la corte. Yo se que he hecho cosas equivocadas, y no puedo echarle la culpa a otro, sino a mi mismo. Estoy desilusionado conmigo mismo y avergonzado por estar en esta situacion.

Me vi envuelto porque no estaba pensando claro a ███████████████████████████████ ████ ████████████████████████████ y esto me nublo la mente. Toda mi vida, he sabido distinguir entre el bien y el mal, pero esta vez escogi el camino equivocado. Este tiempo en M.C.C. y en M.D.C. me ha abierto los ojos. Me duele mucho que tuve que llegar a este punto para poder cambiar mi vida.

Siento mucho dolor y mucha tristeza pues yo se que mis acciones han herido a otros. Tengo 2 hijos, Amanda de 21 y Jeanpiero Velez de 17, que son todo para mi, y que ahora estan sufriendo a causa de esta situacion. Mi madre tiene 72 anos y esta muy enferma. Todo esto ha sido muy dificil para ella y le ha causado mucho dolor. A causa de esta situacion, no pude ir al funeral de mi padre en Ecuador, y eso me partio el alma. La madre de mi hija Amanda fallecio en diciembre, y mi hija esta viviendo conmigo. Yo soy lo unico que ella tiene, y la decepcione. He decepcionado a mi familia entera. Esto me hace ver lo mal que he hecho las cosas.

Otra vez quiero pedirle perdon a todos por todo lo que he hecho. He estado ██████████████ ██████████████████ y eso me trajo al camino equivocado. Estoy muy arrepentido por eso. Estoy participando en la iglesia y escudrinando mi corazon para cambiar mi vida, y yo se que Dios me ayudara a hacer esos cambios. Cuando me toque ir a mi casa, buscare un trabajo honesto ████████████████████ ████████████████████████████ Le pido que por favor tengas misericordia de mi para que pronto pueda estar con mi familia y arreglar todo. Espero que jamas este en esta situacion, y voy a evitar todo tipo de problema. Me voy a enfocar en mi familia, y hare todo lo posible para ser un hombre bueno y honesto en la sociedad. Esto se lo aseguro.

Muchas Gracias,

Nestor Velez

Amanda Maceira
1685 Nelson Avenue #2
Bronx, N.Y. 10453

The Honorable Gregory H. Woods
U.S. District Court for the Southern District of N.Y.
500 Pearl Street
New York, N.Y. 10007

September 7th, 2015

Your Honor,

I am writing this letter in regards to my father's, Nestor Velez, sentencing. I am imploring Your Honor to please consider probation as a real and viable option. I need my dad now more than ever.  I recently suffered a tremendous lost in my life. My mother was murdered this past December a few days before Christmas. She was taken from me by the hands of my brother (he is not my father's son). I know that this hardship in my life right now in dealing with life without my mother and all my troubles and turmoil shouldn't factor in the final decision in the sentencing of my father but I ask that you please consider showing a bit of leniency maybe put him to serve a long probation.

I just turned 21 in March and my little brother Jeanppiero is 16 and we need our father now more than ever. I realize that my father's offense is serious and should not be taken lightly but he really is a good person. He takes care of us and my grandmother all the time he really is a great dad and son to grandma. He helps grandma with her appointments and now that he is gone she is going through a serious anguish. My father is a person that made a mistake and is trying to make up for it and show society that he is ███████████████████████ leading a lawful life. I wouldn't know how to deal with losing my father to a lengthy sentence after losing my mother and not having the support of a parent as I approach the anniversary of mom's passing and the upcoming holidays alone. It will destroy me.

Truly yours,

*Amanda Maceira*

Amanda Maceira

The Honorable Gregory H. Woods
U.S. District Court for Southern District of New York
500 Pearl Street
New York, N.Y. 10277

September 15th, 2015

Your Honor,

I am writing to you on behalf of my son Nestor Velez. I have suffered immensely with his recent
incarceration these past months. I realize that this is his doing but I believe him when he says
that he has turned his life around. ███████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████ It has had a tremendous impact on his life. They give him the
support he needs because they understand best what he is going through personally. He seemed
as he was in a good place ███████ and walking on the right path before July 6th.

I am a 70 year old woman and not in good health. My son calls me twice a day minimum, once
in the morning and once at night before going to bed. He is very attentive, he picks up my
prescriptions, and he takes me to my appointments when he is off from work. He takes me food
shopping making sure I have food in the fridge. Nestor is not without his defects and has made
very questionable decisions but he is a very good son and a good person. I am certain that his
mother is not only one who has this opinion of him. Nestor usually has a good impression to
anyone he comes in contact with. I am trying to give Your Honor an insight on who my son
really is.

I cannot thank you enough for taking the time out of your busy schedule to read this letter as it is
written with a heavy heart. I am confident that if you give it enough consideration, Nestor's
criminal record or the lack there of, his good demeanor, the way he impressed upon his
███████ and everyone ███████████████████████████████ then the end
result or decision will be incredibly kind to me and my family. Another person going to jail for a
lengthy time just seems unnecessary in this case.

Sincerely,

*Blanca Cortez*

Blanca Gloria Cortez

JANETH ALONSO
3220 97TH STREET
EAST ELMHURST, NY, 11369

THE HONORABLE GREGORY H. WOODS
U.S. District Court for Southern District of New York
500 Pearl Street
New York, N.Y. 10277

September 10, 2015

Your Honor:

    I am writing this letter Your Honor to ask you to please give the father of my child a chance. I know that mistakes needs to be punished but in this case Judge, I ask you on behalf of my children to give him a chance. I have known Mr. Nestor Velez for the past 20 years and I had a child with him. The time he lived with me, he was a good husband, father, stepfather, brother, son and friend. Even after we separated, nothing was ever missing and he still saw his children. He gave me $200.00 monthly to help me with the children and he always made sure that they were never missing anything.

    My children miss him, not only because he is their father, but he is also their friend. Your Honor, please give Mr. Velez a chance. Mistakes are only made once and I hope that with the help of my children and his family, ███████████████████. In my and my children's name I would be very grateful.

JANETH ALONSO
3220 97TH STREET
EAST ELMHURST, NY, 11369

THE HONORABLE GREGORY H. WOODS
U.S. District Court for Southern District of New York
500 Pearl Street
New York, N.Y. 10277


September 10, 2015

Su Senoria:

      Estoy escribiendo esta carta senor juez para pedirle de favor que le de una oportunidad al padre de mi hijo. Yo se que los errores se pagan pero en este caso señor juez le pido en nombre de mis hijos una oportunidad para él. Señor Néstor Vélez nos conocemos hace 20 años tuve un hijo con él. El tiempo que vivio conmigo el fue buen esposo, padre, padrastro, hermano, hijo y amigo. Nunca nos falto nada después de nuestra separación él siguió viendo a mis hijos. Él mensual me ha dado $200.00para ayudarme con ellos y se ha preocupado en que no les falte nada.

      Mis hijos lo extranan porque aparte de ser padre el es amigo de mis hijos. Señor juez le pido de favor que le de una oportunidad al senor Velez. Los errores se comete 1 vez mo dos y espero con la ayuda de mis hijos y familia███████████████ En nombre mio y de mis hijos le quedo muy agradecida.

Jorge H. Cortez Jr.
4367 Bruner Avenue
Bronx, N.Y. 10466

The Honorable Gregory H. Woods
U.S. District Court for Southern District of New York
500 Pearl Street
New York, N.Y. 10277

September 3rd, 2015

Your Honor,

I am writing this letter to request for leniency, perhaps in the form of probation and to show support for my brother Nestor Velez. By all means please do not misconstrue this attempt to ask for leniency as condoning his actions. His actions were unequivocally deplorable both legally and morally. After many, many conversations with him these last few months █████████ he now, more than ever before understands that. He is extremely remorseful and willing to show Your Honor, the court and his fellow law abiding citizens that he is turning his life around. I realize that maybe being too lenient may not set an ideal precedent but my brother can be an advocate ████████████████████████████ which is more impactful on society and in my heart I believe he has.

Nestor is not a career criminal, his record reflects that. He is a great brother to me, a great son to his mother who has many ailments and requires lots of appointments with doctors whom he makes sure that she makes every one of those appointments. He is a great father to his son █████████ and his daughter Amanda. He was a great son to his father while he was alive. He is a fantastic uncle to my three sons █████████ He is also █████████ my youngest, Godfather and has approached that privilege with the utmost respect and seriousness that it deserves. All of his nephews absolutely adore him. This is why we have chosen not informed them of his incarceration as we don't want to tear down the high regards they have for him. We have been buying time and dodging the questions of his "where about" from the boys. We will decide what to say to the boys on October 8th, 2015 depending on the outcome of Nestor's sentencing in which we hope will be a compassionate one decided by Your Honor.

Nestor has shown the initiative to turn his life around █████████ as he has clearly demonstrated in late May when by his own volition █████████████████████████ █████████ Please refer to the letter addressed to Your Honor by Myrlen Banks █████████ ████████████████████ which shows he wants to be on the right path. When requesting for second chance for my brother I have an obvious bias but please refer to Allison Costine's letter █████████ affirming that Nestor is motivated in redeeming himself and is worthy of a second

chance in her humble opinion. We are hoping for him to be shown leniency and to be given a chance at redeeming himself which I'm confident he will. Whoever has come in contact with Nestor can attest to him being a good individual at his core and non-malicious. Thank you very much for your time in reading this letter and your thoughtful consideration.


Respectfully,

Jorge Cortez

DETTY DELGADO
74-09 86th Road
Woodhaven, NY 114201


September 16, 2015


Honorable Gregory H. Woods
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10277
                         RE: Nestor Velez


Dear Honorable Woods:

I have known Nestor Velez for approximately 20 years. Nestor was my cousin's boyfriend and is the father to her son.

I had contact with Nestor in family functions where I observed him being a doting father and family man. He was very respectful and always addressed me in a very formal manner.

Nestor Velez is loved by his mother and family very much. His son adores him and Nestor is always attentive to his son's needs. I have known Nestor to be a loving son and father.


                         Sincerely,

                         Detty Delgado

                         Detty Delgado

BLANCA LOURIDO
74-09 86TH Road
Woodhaven, NY 114201

September 16, 2015

Honorable Gregory H. Woods
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10277

RE: Nestor Velez

Dear Honorable Woods:

I have known Nestor Velez for the past twenty years.  He was my cousin's
boyfriend.  Nestor is a kind and compassionate man.  He was always willing to help me
out when I needed a helping hand in either giving me good advice or providing a
shoulder to cry on.

Nestor Velez is a great father to his son, always providing for him and being
present for all holidays and important dates in his son's life.  His son is his pride and joy
and I know that having contact with his son is the most important thing to him.

I have known Nestor to be a good man and a good provider for his son.

Sincerely,

Blanca Lourido

# LUPE'S HAIR DESIGN

*1804 Westchester Ave. Bronx, NY 10472,*
*Phone. 718.684.1811*

August 14TH, 2015

TO WHOM IT MAY CONCERN

Dear Sir or Madam,

This letter serves solely to certify that Mr. Nestor Velez is currently an employee of Lupe's Hair Salon, located at 1804 Westchester Ave., Bronx, NY 10472. He has been working with us since 2011 in Maintenance. He is actually working Monday to Saturday and his weekly salary is $350.00 dollars.

I have known him for the last 25 years and I personally can confirm that he is a responsible, reliable and hardworking person and is extremely conscientious in whatever he undertakes to do; therefore I can ensure that he can assume big responsibilities.

This letter has been issued upon Mr. Velez request for his own purpose. If any further information is required, please feel free to contact me at the above address and phone number.

Sincerely,

Guadalupe Gonzalez
Manager

JESSENIA J. LEON ALONZO
3220 97TH STREET
EAST ELMHURST NY, 11369


THE HONORABLE GREGORY H.WOODS
U.S. District Court for Southern District of New York
500 Pearl Street
New York, N.Y. 10277


August 14, 2015

You're Honor,

I am writing to ask that my step dad get probation. My stepdad is a great dad. Yes he made a mistake but he is learning from it. I am writing to you to please consider that he has a family that loves him and cares for him. He is a great son, brother, dad and friend to us.

Your honor I am hoping when you decide what my step dad should get; you will reach deep in your heart in making this decision. My step dad has a lot outside which are us his kids and his family that needs him dearly.



June 22, 2015

\To: Lisa Chan

Re: Nestor Velez



If you have any questions please feel free to call Myrlen Banks

Respectfully Submitted,

*Myrlen Banks* (signature)

Ms. Myrlen Banks



February 13, 2015

To whom it may concern,

Sincerely,

Gerardo Diaz

PRETRIAL



December 2, 2014

Dear Ms. Lisa Chan,



Please feel free to contact me at [REDACTED] if you have any questions or concerns.

Sincerely,

Gerardo Diaz



United States District Court
Southern District of New York
500 Pearl Street, Room 550
New York, N.Y. 10007

November 25, 2014

Attn: Ms. Lisa Chan

Re: Nester Velez



For further information, I can be contacted at the above number.

Sincerely Yours,.

Elaine Roberts

Elaine Roberts,



July 6, 2015

**To: Honorable Gregory H. Woods**

**Re: Nestor Velez**



If you have any questions, I can be contact at (646) 401-9700 Ext 2607
Respectfully Submitted,

Myrlen Banks

July 6, 2015

Re: Nestor Velez

To Whom It May Concern,

If you have any other questions, please contact me at ████████ ██ ██

Thank you.

Sincerely,

Allison Costine ████████



July 6, 2015

To: Mark I. Cohen

Re: Nestor Velez



If you have any questions, I can be contact at

Respectfully Submitted,

Myrlen Banks,







Nestor E Velez

# CERTIFICATE OF RECOGNITION

*This is to Certify that*

## Nestor Velez

*HAS BEEN AWARDED THIS CERTIFICATE FOR THE*

*Presented on this 1ᵗʰ day of MAY 2015*

You plant your own garden and decorate your own soul. Instead of waiting for someone to bring you flowers, you learn that you are strong, you have worth, you can endure and that you are a precious flower that has begun to blossom in a world of many gardens. As you continue to learn, you continue to grow and your garden will forever be nourished and your soul will always be nurtured with



Joan Salmon,

Gerardo Diaz



is hereby granted to: *Nestor Velez*

to certify for:

Granted: *May 1, 2015*

Gerardo Diaz,



COMPREHENSIVE TREATMENT INSTITUTE
FLUSHING, INC.

CERTIFICATE OF RECOGNITION

To

Nester Velez

FOR

GROUP PARTICIPATION

AWARDED on May 01, 2015

Joan Salmon, LCSW-R

Regional Director of Treatment Services



**New York State Unified Court System**

DATE OF REPORT:03/2/2015

REPORT PERIOD COVERING:
2/1/2015 to 2/28/2015

**CLIENT INFORMATION**

| Name: | | | | Dkt#/SCI# (Court Use Only) |
|---|---|---|---|---|
| Nester Velez | | | | |

**COURT INFORMATION**

| Court: | Case Manager: | Telephone: | FAX: |
|---|---|---|---|
| US Pretrial Servic | Lisa Chan, Officer | 212-805-4131 | 212-805-4172 |

RECOMMENDATION

Preparer's Signature:

Contact Telephone:

 **New York State Unified Court System**

| DATE OF REPORT: 05/1/2015 |
|---|
| **REPORT PERIOD COVERING:** 4/1/2015 **to** 4/30/2015 |

## CLIENT INFORMATION

| Name: Nester Velez | | | | Dkt#/SCI# (Court Use Only) |
|---|---|---|---|---|

## COURT INFORMATION

| Court: US Pretrial Servic | Case Manager: Lisa Chan, Officer | Telephone: 212-805-4131 | FAX: 212-805-4172 |
|---|---|---|---|

| TREATMENT AGENCY | | | | RECOMMENDATION |
|---|---|---|---|---|
| | | Preparer's Signature: | | |
| | | Contact Telephone: | | |

















AMD

[redacted]

| [redacted] | [redacted] | [redacted] |
| --- | --- | --- |
| [redacted] | [redacted] | [redacted] |

[redacted]

[redacted]









